UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| RENATA MENDENHALL, | CASE NO.: 2:21-CV-00759-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, a foreign corporation | |
| Defendants. | |

THE COURT, having reviewed the Stipulated Motion for Extension of Time, submitted by the parties, plaintiff Renata Mendenhall ("Plaintiff") and defendant Reliance Standard Life Insurance Company ("Reliance), through their respective attorneys of record, and good cause appearing:

The Court grants the Motion, giving Defendant Reliance up to August 13, 2021 to file are responsive pleading.

IT IS SO ORDERED.

Dated: ___August 10, 2021___

_____

Honorable Robert S. Lasnik
Judge of the United States District Court

ORDER IN SUPPORT OF STIPULATED MOTION
FOR EXTENSION OF TIME FOR DEFENDANT TO
RESPOND TO PLAINTIFF'S COMPLAINT
Page 1 of 2
257295812v.1

Wilson Elser Moskowitz Edelman & Dicker LLC
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  (415) 433-0990