UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENATA MENDENHALL,<br><br>Plaintiff(s),<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. 2:21−cv−00759−LK<br><br>ORDER REGARDING 28 U.S.C. § 455(b)(2) AND CANON 3(C)(1)(B) OF THE CODE OF CONDUCT FOR UNITED STATES JUDGES |

For purposes of compliance with 28 U.S.C. § 455(b)(2) and Canon 3(C)(1)(b) of the Code of Conduct for United States Judges, the parties are directed to notify this Court by January 5, 2022 as to whether any lawyer at the below−listed law firms during the below−listed dates (including lawyers who subsequently departed the subject firm) served as a lawyer concerning the above−captioned matter, or concerning any materially related matter:

- Foster Garvey PC (formerly Foster Pepper PLLC) between March of 2012 and December 3, 2021

- Byrnes Keller Cromwell LLP between January of 2010 and March of 2012

- K&L Gates LLP (formerly Preston Gates & Ellis LLP) between May of 2006 and December of 2009

Notifications should be submitted to Natalie Wood at natalie_wood@wawd.uscourts.gov. Alternatively, each party may file its notification with this Court under seal using the CM/ECF system.

With respect to parties who have not yet been served with the Summons and

Complaint:

- Plaintiff(s) must serve this Order on all Defendant(s) along with the Summons and Complaint.
- If this case was assigned to this Court after being removed from state court, the Defendant(s) who removed the case must serve this Order on all other parties.
- Such parties must submit the above−described notification to this Court within seven days of service.

DATED: The 30th of December 2021

Lauren J. King
United States District Judge