HONORABLE LAUREN J. KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENATA MENDENHALL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Defendant. | Case No.:  2:21-CV-00759 LJK<br><br>**DECLARATION OF AARON I. ENGLE IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**NOTE ON MOTION CALENDAR: MARCH 4, 2022** |

1.　I am the attorney representing the Plaintiff in this action, Renata Mendenhall.

2.　I am competent, have personal knowledge of the matters set forth below, and will so testify if called upon to do so.

3.　While Mr. Torrence is the only attorney to file a notice of appearance on this case, Mr. Joshua Bachrach, a partner in the law firm, has been assisting on this case. The first contact from the Defendant's counsel, was from Mr. Bachrach who informed Plaintiff's counsel by email, dated July 14, 2021, that his firm represents the Defendant and requesting an extension to file an Answer.

4.　By email, dated July 23, 2021, Mr. Torrence informed Plaintiff's counsel that he would be working with Mr. Bachrach on this matter.

DECLARATION OF AARON I. ENGLE IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL – 1
File Number: 205022

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington  98125
T: 206.623.7520   F: 206.622~7068

5. Most of the claim file consists of Plaintiff's medical records or other documents sent by Plaintiff and her employer, and roughly one third is repeat medical records and reports.

6. The internal claims handling documentation only runs from *AR0034 to AR0166* (132 pages). Attached as Exhibit 1 is the Claim Diary Log Report identifying employees by abbreviation.

7. During the discovery conference, when discussing RFPs #8-10, counsel for Reliance indicated that he understood that Plaintiff was requesting claim tracking documents. He indicated that he had seen these before and Reliance typically redacts the names of other claimants. Plaintiff's counsel agreed to review those. None have been produced.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 4th day of March 2022.

*/s/ Aaron I. Engle*
AARON I. ENGLE

DECLARATION OF AARON I. ENGLE IN SUPPORT OF
PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION
TO PLAINTIFF'S MOTION TO COMPEL – 2
File Number: 205022

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
T: 206.623.7520  F: 206.622~7068