RENATA MENDENHALL V. RELIANCE STANDARD LIFE INSURANCE COMPANY, a foreign corporation,

CASE NO. 2:21-CV-00759 LJK

DECLARATION OF AARON I. ENGLE IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

EXHIBIT 1

| Description | Reserve | Pending Charge | Paid/Received | Pending Payment | Incurred |
|---|---|---|---|---|---|
| Benefit | | | 34394.05 | | 34394.05 |
| _____Benefit Payment at 01/23/19 | 0 | | 2132.59 | | 2132.59 |
| _____Benefit Payment at 01/23/20 | 0 | | 2804.53 | | 2804.53 |
| _____Benefit Payment at 02/23/19 | 0 | | 1246.22 | | 1246.22 |
| _____Benefit Payment at 03/23/19 | 0 | | 1602.11 | | 1602.11 |
| _____Benefit Payment at 04/23/19 | 0 | | 1438.59 | | 1438.59 |
| _____Benefit Payment at 05/23/19 | 0 | | 2278.41 | | 2278.41 |
| _____Benefit Payment at 06/23/19 | 0 | | 1050.79 | | 1050.79 |
| _____Benefit Payment at 07/23/19 | 0 | | 1050.79 | | 1050.79 |
| _____Benefit Payment at 08/23/18 | 0 | | 1607.92 | | 1607.92 |
| _____Benefit Payment at 08/23/19 | 0 | | 1635.37 | | 1635.37 |
| _____Benefit Payment at 09/23/18 | 0 | | 1939.98 | | 1939.98 |
| _____Benefit Payment at 09/23/19 | 0 | | 2804.53 | | 2804.53 |
| _____Benefit Payment at 10/23/18 | 0 | | 1437.49 | | 1437.49 |
| _____Benefit Payment at 10/23/19 | 0 | | 2804.53 | | 2804.53 |
| _____Benefit Payment at 11/23/18 | 0 | | 1432.19 | | 1432.19 |
| _____Benefit Payment at 11/23/19 | 0 | | 2804.53 | | 2804.53 |
| _____Benefit Payment at 12/23/18 | 0 | | 1518.95 | | 1518.95 |
| _____Benefit Payment at 12/23/19 | 0 | | 2804.53 | | 2804.53 |
| Expense | | | 2337.5 | | 2337.5 |
| _____155 | 0 | | 2337.5 | | 2337.5 |

**Activity Management**

## Claim Diary Log Report

**Claim Event Number: 2019-09-17-0162**

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 09/17/2019 | Transaction | Claim | App Received | 471mmp | | LTD-01 |
| 09/17/2019 | Field Update | Claim -> Claim Status | Changed to: PENDING Old value: INCOMPLETESUBMISSION | 471mmp | PENDING | LTD-01 |
| 09/17/2019 | Field Update | Claim -> Claim Status Reason Code | Changed to: 46 Old value: 22 | 471mmp | PENDING | LTD-01 |
| 09/17/2019 | Field Update | Claim -> Incomplete To Pending | NEW: 09/17/19 | 471mmp | PENDING | LTD-01 |
| 09/17/2019 | Field Update | Claim -> Loss Date | NEW: 06/25/19 | 471mmp | PENDING | LTD-01 |
| 09/17/2019 | Field Update | Claim -> Claim Status | NEW: PENDING | 471mmp | PENDING | LTD-01 |
| 09/17/2019 | Field Update | Claim -> Claim Status Reason Code | NEW: 46 | 471mmp | PENDING | LTD-01 |
| 09/17/2019 | TASK (Proc) | Claim -> LTD-CLAIM-PENDING | PENDING2 -> Determine Occupation | INT03 | PENDING | LTD-01 |
| 09/17/2019 | TASK (Proc) | Claim -> LTD-CLAIM-PENDING | PENDING1 -> Carry Out Phone Interview for the Insured | INT03 | PENDING | LTD-01 |
| 09/17/2019 | TASK (Proc) | Claim -> CLAIMLOB | VOCREHAB -> Assign VocRehab Specialist | INT03 | PENDING | LTD-01 |
| 09/17/2019 | TASK (Proc) | Claim -> CLAIMLOB | ASSIGN -> Claim LOB has been assigned | INT03 | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083152 | 700otj | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083152 | 700mka | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083152 | ClaimsDocument | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083154 | ClaimsDocument | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083155 | ClaimsDocument | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083155 | 700mka | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083155 | 700otj | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083154 | 700mka | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083154 | 700otj | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083160 | 700otj | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083160 | ClaimsDocument | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083160 | 700mka | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083162 | 700otj | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083163 | 700mka | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083163 | 700otj | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083163 | ClaimsDocument | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083162 | 700mka | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394083162 | ClaimsDocument | PENDING | LTD-01 |
| 09/17/2019 | TASK (Proc) | Claim -> CLAIMLOB | ASSIGN -> Claim Reassigned -2019-09-17-0162-LTD-01 | 310cax | PENDING | LTD-01 |
| 09/17/2019 | Notes | Claim | | 471hje | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394088551 | 700otj | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394088551 | 700mka | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394088551 | ClaimsDocument | PENDING | LTD-01 |
| 09/17/2019 | TASK | Claim | Reminder7 documents indexed | CE-INTEGRATED | PENDING | LTD-01 |
| 09/23/2019 | Notes | Claim | | 428msc | PENDING | LTD-01 |
| 09/23/2019 | Notes | Claim | | 428msc | PENDING | LTD-01 |
| 09/23/2019 | Notes | Claim | | 428msc | PENDING | LTD-01 |
| 09/23/2019 | Notes | Claim | | 428msc | PENDING | LTD-01 |
| 09/23/2019 | Notes | Claim | | 428msc | PENDING | LTD-01 |
| 09/26/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 09/26/2019 | TASK | Claim | ReminderILTPC | CE-LTD | PENDING | LTD-01 |
| 09/26/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 09/26/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 09/26/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |

AR0036

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 09/26/2019 | Document | | POL Initial Letter | 401rmo | PENDING | LTD-01 |
| 09/26/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 09/30/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394234327 | 700sra | PENDING | LTD-01 |
| 09/30/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394234327 | ClaimsDocument | PENDING | LTD-01 |
| 10/01/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | TASK | Claim | ReminderPOL 30 | CE-LTD | PENDING | LTD-01 |
| 10/01/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary diagnosis | NEW: M79.7 | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary Ind | NEW: no | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary diagnosis | NEW: L40.52 | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary Ind | NEW: no | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary diagnosis | NEW: F33.9 | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary Ind | NEW: no | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary diagnosis | NEW: R76.0 | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Field Update | Diagnosis -> Primary Ind | NEW: no | 401rmo | PENDING | LTD-01 |
| 10/01/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/02/2019 | TASK | Claim | Reminder1 document indexed | CE-INTEGRATED | PENDING | LTD-01 |
| 10/03/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/07/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394308698 | 700otj | PENDING | LTD-01 |
| 10/07/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394308698 | ClaimsDocument | PENDING | LTD-01 |
| 10/07/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394308698 | 700okf | PENDING | LTD-01 |
| 10/07/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394308708 | ClaimsDocument | PENDING | LTD-01 |
| 10/07/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394308708 | 700okf | PENDING | LTD-01 |
| 10/07/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394308708 | 700otj | PENDING | LTD-01 |
| 10/08/2019 | TASK | Claim | Reminder2 Documents Indexed | CE-INTEGRATED | PENDING | LTD-01 |
| 10/08/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/08/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/09/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/17/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 10/21/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394480747 | 700ral | PENDING | LTD-01 |
| 10/21/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394480747 | ClaimsDocument | PENDING | LTD-01 |
| 10/22/2019 | TASK | Claim | ReminderPlease see Note - RP Request exceeds $100 | CE-INTEGRATED | PENDING | LTD-01 |
| 10/22/2019 | TASK | Claim | Reminderok to pay fee | CE-INTEGRATED | PENDING | LTD-01 |
| 10/22/2019 | TASK | Claim | Reminder1 Document Indexed | CE-INTEGRATED | PENDING | LTD-01 |
| 10/25/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394536142 | ClaimsDocument | PENDING | LTD-01 |
| 10/25/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394536142 | 700mcb | PENDING | LTD-01 |
| 10/29/2019 | TASK | Claim | Reminder1 document indexed | CE-INTEGRATED | PENDING | LTD-01 |
| 10/31/2019 | Transaction | Coverage | Open | 310hcx | | LTD-01 |
| 11/05/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 11/05/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 11/05/2019 | TASK | Claim | ReminderInital Medical Review | NURSE | PENDING | LTD-01 |
| 11/05/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 11/05/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394664680 | 700otj | PENDING | LTD-01 |
| 11/05/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394664680 | ClaimsDocument | PENDING | LTD-01 |
| 11/05/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394664680 | 700ulc | PENDING | LTD-01 |
| 11/05/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394666838 | ClaimsDocument | PENDING | LTD-01 |
| 11/05/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394666838 | 700ulc | PENDING | LTD-01 |
| 11/05/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=394666838 | 700otj | PENDING | LTD-01 |
| 11/06/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 11/06/2019 | TASK (Proc) | Claim -> CLAIMLOB | ASSIGN -> Claim Reassigned -2019-09-17-0162-LTD-01 | 428amz | PENDING | LTD-01 |
| 11/06/2019 | TASK (Proc) | Claim -> CLAIMLOB | ASSIGN -> Claim Reassigned -2019-09-17-0162-LTD-01 | 428amz | PENDING | LTD-01 |
| 11/07/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 11/11/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 11/11/2019 | Field Update | Claim -> Loss Date | Changed to: 05/25/18 Old value: 06/25/19 | 428mmr | PENDING | LTD-01 |
| 11/11/2019 | TASK (Proc) | Claim -> CLAIMLOB | ASSIGN -> Claim Reassigned -2019-09-17-0162-LTD-01 | 428cra | PENDING | LTD-01 |
| 11/11/2019 | TASK (Proc) | Claim -> CLAIMLOB | ASSIGN -> Claim LOB has been assigned | INT03 | PENDING | LTD-01 |
| 11/11/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 11/18/2019 | Field Update | Diagnosis -> Primary Ind | NEW: no | 422sap | PENDING | LTD-01 |
| 11/18/2019 | Field Update | Diagnosis -> Primary diagnosis | NEW: M25.9 | 422sap | PENDING | LTD-01 |
| 11/18/2019 | Notes | DURATIONREVIEW | | 422sap | PENDING | LTD-01 |
| 11/18/2019 | TASK | Claim | ReminderInitial review complete | CE-INTEGRATED | PENDING | LTD-01 |
| 11/26/2019 | Transaction | Coverage | Open | 428mmr | | LTD-01 |
| 11/26/2019 | Field Update | ClaimEvent -> Reason Code | NEW: 46 | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Field Update | ClaimEvent -> Status | NEW: Pending | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Field Update | Eligibility -> Plan Duration Date | NEW: 12/19/35 | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Field Update | Pre-Ex -> Outcome | Changed to: NO Old value: Pending | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Field Update | Eligibility -> Outcome | Changed to: Approved Old value: Pending | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Field Update | Eligibility -> Outcome | Changed to: Approved Old value: Pending | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Notes | Claim | Management | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | TASK | Claim | ReminderPayroll received ?see below | CE-LTD | PENDING | LTD-01 |
| 11/26/2019 | Field Update | Diagnosis -> Primary diagnosis | NEW: D17 | 428mmr | PENDING | LTD-01 |

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 11/26/2019 | Field Update | Diagnosis -> Primary Ind | NEW: no | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Field Update | Diagnosis -> Primary Ind | Changed to: yes Old value: no | 428mmr | PENDING | LTD-01 |
| 11/26/2019 | Notes | Claim | Management | 428mmr | PENDING | LTD-01 |
| 12/03/2019 | Notes | Claim | | 401rmo | PENDING | LTD-01 |
| 12/11/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 12/11/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 12/18/2019 | TASK | Claim | ReminderF/U payroll - complete approval | CE-LTD | PENDING | LTD-01 |
| 12/18/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 12/18/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 12/20/2019 | TASK | Claim | ReminderContact PH on this claim, will forward the email | CE-INTEGRATED | PENDING | LTD-01 |
| 12/20/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 12/23/2019 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 12/27/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395330570 | ClaimsDocument | PENDING | LTD-01 |
| 12/27/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395330570 | 700mka | PENDING | LTD-01 |
| 12/30/2019 | TASK | Claim | Reminder1 document indexed | CE-MATRIX | PENDING | LTD-01 |
| 12/30/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395354043 | ClaimsDocument | PENDING | LTD-01 |
| 12/30/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395354043 | 700ulc | PENDING | LTD-01 |
| 12/30/2019 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395354043 | 700cmt | PENDING | LTD-01 |
| 12/31/2019 | TASK | Claim | Reminder1 Document Indexed | CE-INTEGRATED | PENDING | LTD-01 |
| 01/02/2020 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 01/02/2020 | TASK | Claim | ReminderComplete WIB/WS for Approval | CE-LTD | PENDING | LTD-01 |
| 01/08/2020 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 01/08/2020 | Notes | Claim | | 428mmr | PENDING | LTD-01 |
| 01/08/2020 | Transaction | Claim | Open | 428mmr | | LTD-01 |
| 01/08/2020 | Field Update | Claim -> Claim Status | Changed to: OPEN Old value: PENDING | 428mmr | OPEN | LTD-01 |
| 01/08/2020 | TASK | Claim | ReminderSSD hardship | SS | OPEN | LTD-01 |
| 01/08/2020 | TASK (Proc) | Claim -> LTD-CLAIM-OPEN | OPENCLAIM2 -> Send Payment Approval Letter | INT03 | OPEN | LTD-01 |
| 01/08/2020 | TASK (Proc) | Claim -> LTD-CLAIM-OPEN | OPENCLAIM -> Triage Review | INT03 | OPEN | LTD-01 |
| 01/08/2020 | TASK (Proc) | Claim -> LTD-CLAIM-OPEN | OPENCLAIM3 -> Pers/Strs offset investigation required | INT03 | OPEN | LTD-01 |
| 01/08/2020 | TASK (Proc) | Claim -> LTD-CLAIM | SS3 -> Review the Claim LOB for SS benefit potential. | 422gkr | OPEN | LTD-01 |
| 01/08/2020 | TASK (Proc) | Claim -> LTD-CLAIM | SS3 -> Review the Claim LOB for SS benefit potential. | INT03 | OPEN | LTD-01 |
| 01/08/2020 | TASK | Claim | ReminderApproval review | CE-MATRIX | OPEN | LTD-01 |
| 01/08/2020 | TASK | Claim | ReminderF/U approval & RTW status /SEE below | CE-LTD | OPEN | LTD-01 |
| 01/08/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 01/08/2020 | TASK (Proc) | Claim -> BATCH-TASKS | FinalPayment -> Final Payment on Payment Schedule | INT03 | OPEN | LTD-01 |
| 01/09/2020 | Notes | Claim | | 428tdj | OPEN | LTD-01 |
| 01/09/2020 | Field Update | Claim -> Claim Status Reason Code | Changed to: 32 Old value: 46 | 428tdj | OPEN | LTD-01 |
| 01/09/2020 | Field Update | OtherIncome -> SS Dependent Status | NEW: Allsup Tracking | 422wsm | OPEN | LTD-01 |
| 01/09/2020 | Field Update | OtherIncome -> SS Pursue Flag | NEW: No | 422wsm | OPEN | LTD-01 |
| 01/09/2020 | Field Update | OtherIncome -> Status Description | NEW: No Action | 422wsm | OPEN | LTD-01 |
| 01/09/2020 | Field Update | OtherIncome -> Dependent Pursue Flag | NEW: No | 422wsm | OPEN | LTD-01 |
| 01/09/2020 | Notes | OTHERINCOME | | 422wsm | OPEN | LTD-01 |
| 01/09/2020 | TASK | Claim | ReminderAllsup Review | CE-LTD | OPEN | LTD-01 |
| 01/10/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 01/10/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 01/14/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 01/14/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395561193 | 700sra | OPEN | LTD-01 |
| 01/14/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395561193 | ClaimsDocument | OPEN | LTD-01 |
| 01/15/2020 | TASK | Claim | Reminder1 document indexed | CE-INTEGRATED | OPEN | LTD-01 |
| 01/23/2020 | TASK | Claim | ReminderUpdate medical, RTW status and reassign to ongoing | CE-LTD | OPEN | LTD-01 |
| 02/08/2020 | Notes | Claim | Management | 428mmr | OPEN | LTD-01 |
| 02/08/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/08/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/08/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/08/2020 | TASK | Claim | ReminderAC- Transfer | CE-LTD | OPEN | LTD-01 |
| 02/08/2020 | Document | | Ongoing POL | 428mmr | OPEN | LTD-01 |
| 02/08/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395960153 | ClaimsDocument | OPEN | LTD-01 |
| 02/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395960153 | 700otj | OPEN | LTD-01 |
| 02/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395960153 | 700ulc | OPEN | LTD-01 |
| 02/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395960177 | ClaimsDocument | OPEN | LTD-01 |
| 02/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395960177 | 700otj | OPEN | LTD-01 |
| 02/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395960177 | 700ulc | OPEN | LTD-01 |
| 02/12/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/12/2020 | TASK (Proc) | Claim -> CLAIMLOB | ASSIGN -> Claim Reassigned -2019-09-17-0162-LTD-01 | 428cra | OPEN | LTD-01 |
| 02/13/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=395991496 | ClaimsDocument | OPEN | LTD-01 |
| 02/13/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/14/2020 | Notes | Claim | | 428bwi | OPEN | LTD-01 |
| 02/14/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 02/14/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 02/14/2020 | TASK | Claim | ReminderStatus Call | CE-LTD | OPEN | LTD-01 |
| 02/14/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396028592 | 700mka | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396028592 | ClaimsDocument | OPEN | LTD-01 |

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396028592 | 700otj | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396028615 | 700mka | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396028615 | 700otj | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396028615 | ClaimsDocument | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396035761 | ClaimsDocument | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396035761 | 700otj | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396035761 | 700mka | OPEN | LTD-01 |
| 02/18/2020 | Notes | Claim | | 428mmr | OPEN | LTD-01 |
| 02/18/2020 | TASK | Claim | Reminder3 documents indexed | CE-MATRIX | OPEN | LTD-01 |
| 02/20/2020 | TASK | Claim | ReminderRequest Payroll | CE-LTD | OPEN | LTD-01 |
| 02/21/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 02/21/2020 | Notes | Claim | | 428bwi | OPEN | LTD-01 |
| 02/21/2020 | TASK | Claim | Reminder30ay pol due | CE-LTD | OPEN | LTD-01 |
| 02/24/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396123106 | ClaimsDocument | OPEN | LTD-01 |
| 02/24/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396123106 | 700sra | OPEN | LTD-01 |
| 02/24/2020 | TASK | Claim | ReminderIs Payroll back? | CE-LTD | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396133958 | ClaimsDocument | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396133958 | 700otj | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396133958 | 700otj | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396133958 | 700ulc | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396133958 | 700okf | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396133958 | 700mcb | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396142975 | 700ulc | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396142975 | 700otj | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396142975 | 700okf | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396142975 | 700otj | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396142975 | ClaimsDocument | OPEN | LTD-01 |
| 02/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396142975 | 700mcb | OPEN | LTD-01 |
| 02/26/2020 | TASK | Claim | Reminder2 Documents Indexed | CE-INTEGRATED | OPEN | LTD-01 |
| 02/27/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 02/27/2020 | TASK | Claim | ReminderIs payroll back for WIB calc? | CE-LTD | OPEN | LTD-01 |
| 02/28/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396202619 | ClaimsDocument | OPEN | LTD-01 |
| 02/28/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 03/03/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 03/03/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 03/03/2020 | TASK (Proc) | Claim -> WORKSHEET-APPROVE | WorksheetNotification -> Worksheet Approved - 2019-09-17-0162-LTD-01 04 | INT03 | OPEN | LTD-01 |
| 03/03/2020 | TASK (Proc) | Claim -> WORKSHEET-APPROVE | WorksheetApproval -> Worksheet Approved - 2019-09-17-0162-LTD-01 04 | INT03 | OPEN | LTD-01 |
| 03/03/2020 | TASK (Proc) | Claim -> WORKSHEET-APPROVE | WorksheetApproval -> Worksheet Approval Request - 2019-09-17-0162-LTD-01 05 | INT03 | OPEN | LTD-01 |
| 03/03/2020 | TASK (Proc) | Claim -> WORKSHEET-APPROVE | WorksheetNotification -> Waiting for Approval Request - 2019-09-17-0162-LTD-01 05 | INT03 | OPEN | LTD-01 |
| 03/03/2020 | Notes | Claim | | 428pjr | OPEN | LTD-01 |
| 03/05/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 03/10/2020 | TASK | Claim | ReminderSubsequent Review – LTD | NURSE | OPEN | LTD-01 |
| 03/10/2020 | TASK | Claim | ReminderNCM back? | CE-LTD | OPEN | LTD-01 |
| 03/16/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 03/16/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 03/20/2020 | Notes | OTHERINCOME | | 426wac | OPEN | LTD-01 |
| 03/23/2020 | Notes | DURATIONREVIEW | | 422fmo | OPEN | LTD-01 |
| 03/23/2020 | TASK | Claim | ReminderMedical-Sub Completed | CE-INTEGRATED | OPEN | LTD-01 |
| 03/24/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396549807 | ClaimsDocument | OPEN | LTD-01 |
| 03/25/2020 | Notes | Claim | Management | 428bwi | OPEN | LTD-01 |
| 03/25/2020 | Field Update | Claim -> Claim Status Reason Code | Changed to: 62 Old value: 32 | 428bwi | CLOSED | LTD-01 |
| 03/25/2020 | Field Update | Claim -> Claim Status | Changed to: CLOSED Old value: OPEN | 428bwi | CLOSED | LTD-01 |
| 03/25/2020 | Transaction | Claim | Close | 428bwi | | LTD-01 |
| 03/25/2020 | TASK | Claim | ReminderClaim closed-Send closure letter | CE-LTD | CLOSED | LTD-01 |
| 03/26/2020 | Document | | Language Assistance Letter | 428bwi | CLOSED | LTD-01 |
| 03/26/2020 | Notes | Claim | | 428bwi | CLOSED | LTD-01 |
| 03/26/2020 | Notes | Claim | Management | 428bwi | CLOSED | LTD-01 |
| 03/26/2020 | Notes | Claim | Management | 428bwi | CLOSED | LTD-01 |
| 03/26/2020 | Notes | Claim | | 428pjr | CLOSED | LTD-01 |
| 03/26/2020 | Notes | Claim | Management | 428pjr | CLOSED | LTD-01 |
| 03/26/2020 | Notes | Claim | | 428pjr | CLOSED | LTD-01 |
| 03/27/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396585076 | 700mcb | CLOSED | LTD-01 |
| 03/27/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396585076 | 700okf | CLOSED | LTD-01 |
| 03/27/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396585076 | ClaimsDocument | CLOSED | LTD-01 |
| 03/30/2020 | TASK | Claim | Reminder1 Document Indexed | CE-INTEGRATED | CLOSED | LTD-01 |
| 04/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396666815 | ClaimsDocument | CLOSED | LTD-01 |
| 04/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396666814 | 700otj | CLOSED | LTD-01 |
| 04/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396666815 | 700otj | CLOSED | LTD-01 |
| 04/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396666814 | 700mmr | CLOSED | LTD-01 |
| 04/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396666815 | 700mmr | CLOSED | LTD-01 |
| 04/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396666814 | ClaimsDocument | CLOSED | LTD-01 |
| 04/03/2020 | TASK | Claim | Reminder2 documents indexed | CE-MATRIX | CLOSED | LTD-01 |
| 04/06/2020 | TASK | Claim | ReminderSubsequent Review – LTD (Amended) | NURSE | CLOSED | LTD-01 |
| 04/06/2020 | TASK | Claim | ReminderNCM follow up | CE-LTD | CLOSED | LTD-01 |

AR0039

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 04/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396719960 | ClaimsDocument | CLOSED | LTD-01 |
| 04/08/2020 | Notes | Claim | Management | 428bwi | CLOSED | LTD-01 |
| 04/08/2020 | TASK | Claim | Remindersend 2nd closure letter | CE-LTD | CLOSED | LTD-01 |
| 04/09/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396736290 | ClaimsDocument | CLOSED | LTD-01 |
| 04/12/2020 | Notes | Claim |  | 428bwi | CLOSED | LTD-01 |
| 04/13/2020 | Notes | Claim |  | 428pjr | CLOSED | LTD-01 |
| 04/13/2020 | TASK | Claim | Claim AssignmentNew Appeal has been assigned | QRM | CLOSED | LTD-01 |
| 04/13/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=396761698 | CE-LTD | CLOSED | LTD-01 |
| 04/14/2020 | TASK | Claim | ReminderNew Appeal Assigned to you - Renata Mendenhall | APPEAL | CLOSED | LTD-01 |
| 04/14/2020 | Notes | Claim |  | 428bwi | CLOSED | LTD-01 |
| 04/21/2020 | Field Update | Appeals -> Status Code | NEW: Appeal Accepted/Pending | 422sts | CLOSED | LTD-01 |
| 04/21/2020 | Notes | Claim |  | 422sts | CLOSED | LTD-01 |
| 04/21/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 04/21/2020 | Notes | Claim |  | 422sts | CLOSED | LTD-01 |
| 04/21/2020 | TASK | Claim | ReminderReferred for Rheum. Peer Review per File; Was Report Completed? | APPEAL | CLOSED | LTD-01 |
| 04/21/2020 | TASK (Proc) | Claim -> CLAIMLOB | DOCARRIVAL -> Document Arrival Task-Appeal Status Change | INT03 | CLOSED | LTD-01 |
| 04/27/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/12/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/12/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/12/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397060788 | APPEAL | CLOSED | LTD-01 |
| 05/12/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397064261 | APPEAL | CLOSED | LTD-01 |
| 05/12/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397064271 | APPEAL | CLOSED | LTD-01 |
| 05/15/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/15/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/15/2020 | TASK | Claim | ReminderOFFER REBUTTAL (GIVE 2 WEEKS TO SEND INFO) | APPEAL | CLOSED | LTD-01 |
| 05/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397114665 | APPEAL | CLOSED | LTD-01 |
| 05/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397114872 | APPEAL | CLOSED | LTD-01 |
| 05/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397114875 | APPEAL | CLOSED | LTD-01 |
| 05/18/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397117156 | APPEAL | CLOSED | LTD-01 |
| 05/18/2020 | TASK | Claim | ReminderREBUTTAL DUE TODAY; Per Peer, No Suppor for R&Ls | APPEAL | CLOSED | LTD-01 |
| 05/18/2020 | Notes | Claim |  | 422sts | CLOSED | LTD-01 |
| 05/26/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/26/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/26/2020 | TASK | Claim | ReminderReferred for Int. Med. Peer Review As Well (EE Req); Completed? | APPEAL | CLOSED | LTD-01 |
| 05/26/2020 | Field Update(Comm) | Communications | Email Outgoing | 422sts | CLOSED | LTD-01 |
| 05/26/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/28/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 05/29/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/02/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/05/2020 | TASK | Claim | ReminderOWN OCC REVIEW (When Docs are Scanned) | APPEAL | CLOSED | LTD-01 |
| 06/05/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/05/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397291795 | APPEAL | CLOSED | LTD-01 |
| 06/05/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397291796 | APPEAL | CLOSED | LTD-01 |
| 06/05/2020 | TASK | Claim | ReminderAppeal: Own Occ Analysis [Please See Details] | VRS | CLOSED | LTD-01 |
| 06/05/2020 | TASK | Claim | ReminderAppeal: Own Occ Analysis [Please See Details] | 422bmx | CLOSED | LTD-01 |
| 06/05/2020 | TASK | Claim | ReminderTASK SET FOR VRS REVIEW; COMPLETED? | APPEAL | CLOSED | LTD-01 |
| 06/05/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397297770 | APPEAL | CLOSED | LTD-01 |
| 06/05/2020 | Notes | Claim |  | 422bmx | CLOSED | LTD-01 |
| 06/05/2020 | Notes | VOCREHAB |  | 422bmx | CLOSED | LTD-01 |
| 06/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397303935 | APPEAL | CLOSED | LTD-01 |
| 06/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397303937 | APPEAL | CLOSED | LTD-01 |
| 06/08/2020 | TASK | Claim | ReminderREBUTTAL DUE TODAY; Per Peer & VRS, EE Capable of Reg. Occ. | APPEAL | CLOSED | LTD-01 |
| 06/08/2020 | Notes | Claim |  | 422sts | CLOSED | LTD-01 |
| 06/08/2020 | Field Update(Comm) | Communications | Email Incoming | 422sts | CLOSED | LTD-01 |
| 06/12/2020 | TASK | Claim | ReminderREBUTTAL DUE 6/22/20; Per Peer & VRS, EE Capable of Reg. Occ. | APPEAL | CLOSED | LTD-01 |
| 06/15/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/15/2020 | TASK | Claim | ReminderReferred for Addend. to Both Peers (Post Rebuttal); Completed Yet? | APPEAL | CLOSED | LTD-01 |
| 06/15/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397385067 | APPEAL | CLOSED | LTD-01 |
| 06/16/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397393350 | APPEAL | CLOSED | LTD-01 |
| 06/17/2020 | Field Update(Comm) | Communications | Email Incoming | 422sts | CLOSED | LTD-01 |
| 06/17/2020 | Field Update(Comm) | Communications | Email Incoming | 422sts | CLOSED | LTD-01 |
| 06/22/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397457813 | APPEAL | CLOSED | LTD-01 |
| 06/25/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/25/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/25/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/25/2020 | TASK | Claim | ReminderREBUTTAL DUE TODAY; Post Rebuttal, No Changes to Peer Reviews | APPEAL | CLOSED | LTD-01 |
| 06/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397494428 | APPEAL | CLOSED | LTD-01 |
| 06/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397502753 | APPEAL | CLOSED | LTD-01 |
| 06/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397503170 | APPEAL | CLOSED | LTD-01 |
| 06/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397503173 | APPEAL | CLOSED | LTD-01 |
| 06/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397503287 | APPEAL | CLOSED | LTD-01 |
| 06/25/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397503288 | APPEAL | CLOSED | LTD-01 |
| 06/29/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 06/30/2020 | Field Update(Comm) | Communications | Email Outgoing | 422sts | CLOSED | LTD-01 |

AR0039

AR0040

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 07/10/2020 | Field Update | Appeals -> Reaffirmed Date | NEW: 07/10/20 | 422sts | CLOSED | LTD-01 |
| 07/10/2020 | Field Update | Appeals -> Status Code | Changed to: Appeal Upheld Old value: Appeal Accepted/Pending | 422sts | CLOSED | LTD-01 |
| 07/10/2020 | Field Update | Appeals -> Appeal Received_date | NEW: 04/13/20 | 422sts | CLOSED | LTD-01 |
| 07/10/2020 | Field Update | Claim -> Claim Status | Changed to: OPEN Old value: CLOSED | 422sts | OPEN | LTD-01 |
| 07/10/2020 | Field Update | Claim -> Claim Status Reason Code | Changed to: 32 Old value: 51 | 422sts | OPEN | LTD-01 |
| 07/10/2020 | Transaction | Claim | ReOpen | 422sts | | LTD-01 |
| 07/10/2020 | Transaction | Claim | Close | 422sts | | LTD-01 |
| 07/10/2020 | Field Update | Claim -> Claim Status Reason Code | Changed to: 62 Old value: 32 | 422sts | CLOSED | LTD-01 |
| 07/10/2020 | Field Update | Claim -> Claim Status | Changed to: CLOSED Old value: OPEN | 422sts | CLOSED | LTD-01 |
| 07/10/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 07/10/2020 | TASK (Proc) | Claim -> CLAIMLOB | DOCARRIVAL -> Document Arrival Task-Appeal Status Change | INT03 | CLOSED | LTD-01 |
| 07/14/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397671198 | 700gem | CLOSED | LTD-01 |
| 07/14/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=397671198 | ClaimsDocument | CLOSED | LTD-01 |
| 07/16/2020 | TASK | Claim | Reminder1 Document Indexed | CE-MATRIX | CLOSED | LTD-01 |
| 07/27/2020 | Notes | APPEALS | Management | 422sts | CLOSED | LTD-01 |
| 10/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398587300 | ClaimsDocument | CLOSED | LTD-01 |
| 10/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398587300 | 700otj | CLOSED | LTD-01 |
| 10/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398587300 | 700mka | CLOSED | LTD-01 |
| 10/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398587301 | ClaimsDocument | CLOSED | LTD-01 |
| 10/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398587301 | 700otj | CLOSED | LTD-01 |
| 10/02/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398587301 | 700mka | CLOSED | LTD-01 |
| 10/05/2020 | TASK | Claim | Reminder2 documents indexed | CE-MATRIX | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | ReminderCall Law office to email full file | CE-LTD | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635890 | ClaimsDocument | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635890 | 700gem | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635890 | 700otj | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635891 | ClaimsDocument | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635891 | 700gem | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635891 | 700otj | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635892 | ClaimsDocument | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635892 | 700gem | CLOSED | LTD-01 |
| 10/08/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=398635892 | 700otj | CLOSED | LTD-01 |
| 10/09/2020 | TASK | Claim | Reminder3 Documents Indexed | CE-MATRIX | CLOSED | LTD-01 |
| 10/09/2020 | Notes | Claim | Management | 428bwi | CLOSED | LTD-01 |
| 10/14/2020 | Notes | Claim | | 428bwi | CLOSED | LTD-01 |
| 11/04/2020 | Notes | Claim | Management | 428bwi | CLOSED | LTD-01 |
| 12/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=399244722 | ClaimsDocument | CLOSED | LTD-01 |
| 12/11/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=399244722 | 700mmr | CLOSED | LTD-01 |
| 12/14/2020 | TASK | Claim | Reminder1 document indexed | CE-MATRIX | CLOSED | LTD-01 |
| 12/28/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=399379634 | 700ral | CLOSED | LTD-01 |
| 12/28/2020 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=399379634 | ClaimsDocument | CLOSED | LTD-01 |
| 12/28/2020 | TASK | Claim | Reminder1 Document Indexed | CE-MATRIX | CLOSED | LTD-01 |
| 04/06/2021 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=400415859 | CE-LTD | CLOSED | LTD-01 |
| 04/07/2021 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=400428558 | CE-LTD | CLOSED | LTD-01 |
| 04/07/2021 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=400429807 | CE-LTD | CLOSED | LTD-01 |
| 04/07/2021 | Notes | Claim | Management | 428bwi | CLOSED | LTD-01 |
| 04/07/2021 | TASK | Claim | ClaimAssignmentNew Appeal has been assigned | QRM | CLOSED | LTD-01 |
| 04/08/2021 | TASK | Claim | ReminderNew Appeal Assigned to you - Renata Mendenhall | APPEAL | CLOSED | LTD-01 |
| 04/08/2021 | Notes | Claim | | 426kja | CLOSED | LTD-01 |
| 04/21/2021 | Notes | Claim | | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Document | | Second Appeal Letter | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Field Update | Appeals -> Status Code | NEW: 2nd appeal rejected | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Field Update | Appeals -> Appeal Received_date | NEW: 04/06/21 | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Notes | Claim | | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Field Update | Appeals -> Reaffirmed Date | NEW: 07/14/20 | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Notes | APPEALS | | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Field Update | Claim -> Claim Status Reason Code | Changed to: 32 Old value: 51 | 422ssm | OPEN | LTD-01 |
| 04/21/2021 | Field Update | Claim -> Claim Status | Changed to: OPEN Old value: CLOSED | 422ssm | OPEN | LTD-01 |
| 04/21/2021 | Transaction | Claim | ReOpen | 422ssm | | LTD-01 |
| 04/21/2021 | Transaction | Claim | Close | 422ssm | | LTD-01 |
| 04/21/2021 | Field Update | Claim -> Claim Status | Changed to: CLOSED Old value: OPEN | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Field Update | Claim -> Claim Status Reason Code | Changed to: 62 Old value: 32 | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | Field Update(Comm) | Communications | Email Outgoing | 422ssm | CLOSED | LTD-01 |
| 04/21/2021 | TASK (Proc) | Claim -> CLAIMLOB | DOCARRIVAL -> Document Arrival Task-Appeal Status Change | INT03 | CLOSED | LTD-01 |
| 05/06/2021 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=400730916 | CE-LTD | CLOSED | LTD-01 |
| 05/10/2021 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=400756185 | CE-LTD | CLOSED | LTD-01 |
| 07/14/2021 | Field Update | Litigation -> Status Code | NEW: Active | 420sla | CLOSED | LTD-01 |
| 07/14/2021 | TASK (Proc) | Claim -> CLAIMLOB | LITIGATION1 -> Litigation Status Changed | INT03 | CLOSED | LTD-01 |

## Management Plan

**Claim Event Number: 2019-09-17-0162**