HONORABLE LAUREN J. KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENATA MENDENHALL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Defendant. | Case No.:　2:21-CV-00759 LJK<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff and Defendant, by and through their attorneys, hereby submit this joint notice of settlement and request that the Court enter an order to stay for thirty (30) days all deadlines pending the filing of the Joint Stipulation of Dismissal with Prejudice.

Dated this 10th day of March, 2022.

| NELSON LANGER ENGLE, PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| /s/  Aaron I. Engle | /s/  Francis Torrence |
| Aaron I. Engle, WSBA #37955 | Francis Torrence, WSBA #53962 |
| 12055 15th Avenue NE, Suite 100 | 515 Market Street – 17th Floor |
| Seattle, WA  98125 | San Francisco, CA  94105-2725 |
| T: 206.623.7520  F: 206.622.7068 | T: 415.433.0990  F: 415.434.1370 |
| AaronE@nlelaw.com | Francis.torrence@wilsonelser.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

NOTICE OF SETTLEMENT – 1
File Number: 205022

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington  98125
T: 206.623.7520   F:  206.622~7068

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9.1.72.085, the undersigned certifies, under penalty of perjury under the laws of the State of Washington and the United States of America, that on the 10th day of March 2022, the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with the ECF registration agreement and the Court's rules, the Clerk of the Court will send email notification of such filing to the following:

Francis Torrence, WSBA #53962
Wilson Elser Moskowitz Edelman & Dicker LLP
515 Market Street – 17th Floor
San Francisco, CA  94105-2725
T:  415.433.0990   F: 415.434.1370
Francis.torrence@wilsonelser.com

Dated this 10th day of March 2022, at Seattle, Washington.

/s/ Terri L. Gilman
Terri L. Gilman
Case Manager/Paralegal
Nelson Langer Engle PLLC
TerriG@nlelaw.com

NOTICE OF SETTLEMENT – 2
File Number: 205022

NELSON LANGER ENGLE, PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington  98125
T: 206.623.7520   F:  206.622~7068